# Third District Court of Appeal
## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-2511
Lower Tribunal No. 11-32857
_____

**Robert Grumet and Michael Muskat,**
Appellants,

vs.

**Orlando Benitez, Jr.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Coffey Burlington, P.L., and Jeffrey B. Crockett, for appellants.

Burstein & Associates, P.A., and Bernardo Burstein, for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.